# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

159835

BEVERLY JUNE GRAY, Personal
Representative of the ESTATE OF WANDA
JESSE,
        Plaintiff-Appellant,

v

LAKELAND SPECIALTY HOSPITAL
AT BERRIEN CENTER,
        Defendant-Appellee.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159835
COA: 341805
Berrien CC: 17-000215-NM

_____/

On order of the Court, the application for leave to appeal the May 14, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



a1204

Clerk